

JUDGE DANIELS                 10 CIV 3801

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CRP/EXTELL PARCEL I, L.P.,                    Plaintiff, | Case No. _____ |
| -v- | **Rule 7.1 Statement** |
| THE ATTORNEY GENERAL OF THE STATE OF NEW YORK, ET AL.         Defendant. | RECEIVED MAY 10 2010 U.S.D.C. S.D.N.Y. CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CRP/EXTELL PARCEL I, L.P.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.




**Date:** May 10, 2010                    _____
                                          **Signature of Attorney**

                                          **Attorney Bar Code:** TN8474

Form Rule7_1.pdf  SDNY Web 10/2007