UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRP/EXTELL PARCEL I, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. CUOMO, in his capacity as THE ATTORNEY GENERAL OF THE STATE OF NEW YORK, et al. <br><br> Defendants. | 10-CV-3801 (GBD) <br><br> NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff CRP/EXTELL PARCEL I, L.P., in the above named action, hereby appeals to the United States Court of Appeals for the Second Circuit from the denial of Plaintiff's Motion for Preliminary Injunction and lifting of the Temporary Restraining Order, ordered from the bench at approximately 1:45 PM on May 18, 2010.

Dated this 18th day of May, 2010.

Armonk, New York

Respectfully submitted,
BOIES SCHILLER & FLEXNER LLP

By: _____
Edward Normand
Katherine Eskovitz
Jason Cyrulnik
333 Main Street
Armonk, NY 10504
(914) 749-8200
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Edward Normand, hereby certify that a true and correct copy of PLAINTIFF CRP/EXTELL'S NOTICE OF APPEAL was served via FedEx electronic mail on the 18th day of May, 2010, on the following recipients:

Ms. Rosy Mimoun
100 Riverside Boulevard, 3L
New York, NY 10069

Benjamin Goldschlager
2 River Terrace, PH 31F
New York, NY 10282

Howard W. Segal
845 Third Ave, Suite 1740
New York, NY 10022

Richard N. Cohen
Friedberg Cohen Coleman & Pinkas, LLP
767 Third Ave, 31st Floor
New York, NY 10017

Peter L. Herb
225 Broadway, Suite 3504
New York, NY 10007

Derryl Zimmerman
930 East 223rd Street
Bronx, NY 10466

Lawrence C. Weiner
Wilentz Goldman & Spitzer P.A.
90 Woodbridge Center Dr., Suite 900 Box 10
Woodbridge, NJ 07095

James F. Woods
Woods and Lonergan, LLP
292 Madison Ave, 22nd Floor
New York, NY 10017

2

Bruce H. Schneider
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Lewis Polishook
Office of the Attorney General of the State of New York
120 Broadway
New York, NY 10271

                        By:   /s/Edward Normand
                              Edward Normand
                              Katherine Eskovitz
                              Jason Cyrulnik
                              BOIES, SCHILLER & FLEXNER LLP
                              333 Main Street
                              Armonk, NY 10504
                              (914) 749-8200
                              *Attorneys for Plaintiff*