UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRP/EXTELL PARCEL I. L.P., Plaintiff, -v- ANDREW M. CUOMO, in his capacity as the ATTORNEY GENERAL OF THE STATE OF NEW YORK: STROOCK & STROOCK & LAVAN LLP; et al. Defendant. | Case No. 10 Civ. 3801 (GBD) **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Stroock & Stroock & Lavan LLP         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 2, 2010

/s/ Bruce Schneider
**Signature of Attorney**

Attorney Bar Code: BHS7808

Form Rule7_1.pdf  SDNY Web 10/2007